**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                         No. 4:23-cr-95-DPM

JOSEPH LEMOINE and  RAY THOMAS                              DEFENDANTS

### MOTION TO CONTINUE JURY TRIAL

**COMES NOW** the Defendant, Ray Thomas, by and through his attorney, Russell A. Wood, and for his Motion to Continue Jury Trial, states as follows:

1.      This matter is currently set for a Jury trial beginning February 25, 2025, in Little Rock, AR.

2.      Defendant was previously arraigned and released from pre-trial detention on May 11, 2023. Defendant allegedly absconded.

3.      Defendant was arrested in October 2024 and ordered detained on November 4, 2024.

4.      Upon Defendant's subsequent arrest, it is alleged he was in possession of drugs. To date, the lab results for these alleged drugs has not been completed and a Superseding Indictment may be in the works.

5.      Defendant is also filing a Motion for a Pre-Plea PSR Report to be prepared. There is a significant question about Defendant's status as a potential armed career criminal and he has significant criminal history that may or may not trigger the armed career criminal enhancement.

6.      Defendant requests the Jury Trial be continued due to outstanding crime lab reports, to properly assess his criminal history, to properly prepare a defense in this case and to ensure the Defendant has full and complete discovery in this matter.

7.      This Motion is unopposed.  The AUSA Ashley Bowen has no objection to this matter being continued and a continuance will not be detrimental to either the United States of America or Defendant.

8.      Defendant waives speedy trial for the requested continuance time.

9.      This Motion is not being filed for purposes of delay.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays the Court grant the Motion to Continue Jury Trial requested herein and all other relief that he is otherwise entitled to as a matter of law.

Respectfully submitted,

**RAY THOMAS**

 /s/ Russell A. Wood
Russell A. Wood
**WOOD LAW FIRM, P.A.**
501 East 4th Street, Suite 4
Russellville, AR 72801
Ph: (479) 967-WOOD (9663)
Fax: (479) 967-9664
E-mail: RWood@WoodLawFirmPA.com
AR #2001137; TN #23102

ATTORNEY FOR DEFENDANT

2

**CERTIFICATE OF SERVICE**

I, Russell A. Wood, hereby certify that on the 27th day of January 2025, the foregoing document was filed electronically using the CM/ECF system with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ashley Bowen
ashley.bowen@usdoj.gov

/s/ Russell A. Wood
Russell A. Wood

3