**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                                  **No. 4:23-cr-95-DPM**

**JOSEPH LEMOINE and  RAY THOMAS**                             **DEFENDANTS**

**MOTION TO FILE EX PARTE STATUS REPORT UNDER SEAL**

1.      Undersigned Counsel was directed by this Court to file an Ex Parte Status Report

Regarding the Attorney Client Relationship under seal in this matter on April 10, 2025.

**WHEREFORE**, premises considered, Undersigned Counsel prays the Court grant the

Motion requested herein and all other relief that he is otherwise entitled to as a matter of law.

Respectfully submitted,

**RUSSELL A. WOOD**

 /s/ Russell A. Wood
Russell A. Wood
**WOOD LAW FIRM, P.A.**
501 East 4th Street, Suite 4
Russellville, AR 72801
Ph: (479) 967-WOOD (9663)
Fax: (479) 967-9664
E-mail: RWood@WoodLawFirmPA.com
AR #2001137; TN #23102

ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I, Russell A. Wood, hereby certify that on the 22nd day of April 2025, the foregoing document was filed electronically using the CM/ECF system with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ashley Bowen
ashley.bowen@usdoj.gov

/s/ Russell A. Wood
Russell A. Wood