**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**VS.**                                            **NO. 4:23-CR-95-DPM**

**JOSEPH LEMOINE and RAY THOMAS**                              **DEFENDANTS**

**MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION TO SUPPRESS**

Comes now Defendant Ray Thomas, by and through his attorneys MAYS, BYRD & ASSOCIATES, P.A., by Arkie Byrd and for his Motion for Extension of Time to File Motion to Suppress, states as follows:

1.      Defense counsel needs additional time to follow up on information that Defendant has provided.

2.      Additional time is needed due to defense counsel's work schedule, including court appearances.

3.      Currently, Defendant's Motion ti sude to be filed on November 2, 2025 (a Sunday). Defense counsel is requesting a brief extension of time until November 5, 2025 to file said Motion to Suppress.  A brief extension is not likely to prejudice the Government.

4.      The Government has no objection to a brief extension of time.

WHEREFORE, Defendant respectfully pray that this Court grant his Motion for Extension of Time to File Motion to Suppress and for all other just and appropriate relief.

Respectfully submitted,

ARKIE BYRD #80020
MAYS, BYRD & ASSOCIATES, P.A.
212 Center St., 7th Floor
Little Rock, AR 72201
(501) 372-6303
abyrd@maysbyrdlaw.com