# SUPPLEMENT NARRATIVE

| PAGE # | INCIDENT NUMBER | SUPP # | INCIDENT DATE | INCIDENT TIME | CASE STATUS | | |
|---|---|---|---|---|---|---|---|
| 1 | 2022087137 | 13 | 12/06/2022 | 12:41 | CA - Closed by Arrest | | |
| SUPPLEMENT TYPE | | | | SUPPLEMENT DATE | SUPPLEMENT TIME | SUPPLEMENTING OFFICER | |
| Interviews | | | | 12/19/2022 | 12:36 | 4748 - Jarod L. Maynard | |

**NARRATIVE:**

At approximately 1417 hrs. myself and Inv. M. Johnson made contact with Thomas in interview room #3 at which time I completed a NLRPD FACT Sheet on Thomas obtaining his personal information. I then presented Thomas with a NLRPD Statement of Miranda Rights form. Thomas initialed by each of the rights as they were read to him and signed the form indicating his willingness to speak to investigators regarding this incident.

During the course of the interview, Thomas made the following statements:

NOTE: The following is a summary and is not a verbatim account of Thomas' statement (see video/audio recording).

-he uses Methamphetamine, Cocaine, Marijuana, and Ecstasy and has been using since high school

-he lost a good job several years ago and began selling narcotics to earn money

-he has the firearms for protection but it is unknown who he got them from or how long he has had them

At approximately 1551 hrs. myself and Inv. Johnson made contact with Price in interview room #1. A NLRPD FACT Sheet had already been completed on Price by Inv. Stanley while at 400 W. 29th St. I presented Price with a NLRPD Statement of Miranda Rights form. Price initialed by each of the rights as they were read to her and signed the form indicating her willingness to speak to investigators regarding this incident.

During the course of the interview, Price made the following statements:

NOTE: The following is a summary and is not a verbatim account of Price's statement (see video/audio recording)

-admitted to having narcotics hidden on her person

-was given the items by Thomas to take to "Honey", unknown female who stays on the 10th floor at the Willow House

Following the interviews, Thomas and Price were transported by patrol to PCRDF where they were charged as noted.

I later stored E-14 Statement of Miranda-Thomas, E-15-Statement of Miranda-Price and E-16 Apple Iphone (Thomas) in the NLRPD Property Room.

**EXHIBIT "1"**

# SUPPLEMENT NARRATIVE

| PAGE # | INCIDENT NUMBER | SUPP # | INCIDENT DATE | INCIDENT TIME | CASE STATUS | |
|---|---|---|---|---|---|---|
| 1 | 2022087137 | 14 | 12/06/2022 | 12:41 | CA - Closed by Arrest | |

| SUPPLEMENT TYPE | | | SUPPLEMENT DATE | SUPPLEMENT TIME | SUPPLEMENTING OFFICER |
|---|---|---|---|---|---|
| MVR video, interview, Photos | | | 12/19/2022 | 13:02 | 4748 - Jarod L. Maynard |

NARRATIVE:

On 12/13/2022 I downloaded the MVR video (E-17) for Unit #2004 from the Watchguard system and placed it on a disk. I then downloaded the photos of this incident to a disk (E-19).

On 12/14/2022 I downloaded the interviews from this incident to a disk (E-18).

All of the original disks were submitted to the NLRPD Property Room as evidence on 12/15/2022.

21