IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 4:23CR00095 DPM
)
RAY THOMAS )

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO SUPPRESS PHYSICAL EVIDENCE

The United States of America, by and through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Ashley Bowen, Assistant United States Attorney for said district, states as follows:

1.  Defendant Thomas filed a Motion to Suppress Physical Evidence (ECF No. 102) on November 4, 2025.

2.  The United States' response was due on November 18, 2025. Due to a calendaring error, the United States missed the original deadline.

3.  The United States respectfully requests an extension of time to respond to the Defendant's motion. Counsel for the Defendant, Ms. Byrd, has been contacted and has no objection.

4.  Accordingly, the United States respectfully requests that the deadline to file a response be extended to November 26, 2025.

Wherefore, the United States respectfully requests that this Honorable Court grant its Motion and extend the filing deadline to November 26, 2025.

Respectfully Submitted,

JONATHAN D. ROSS
United States Attorney

ASHLEY BOWEN
Assistant U.S. Attorney
Bar No. AR 2009253
425 W. Capitol Ave., Suite 500
Little Rock, AR  72201
501-340-2600
Ashley.Bowen@usdoj.gov