# Exhibit 7-

# Video Clip of Arrest