**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                         **No. 4:23-cr-95-DPM-2**

**RAY THOMAS, JR.**                                                              **DEFENDANT**

### ORDER

The live issue for Thomas's motion to suppress is whether the officers acted reasonably while confronting Thomas. *Doc. 107 at 3*. Two questions weigh on the Court's mind as it prepares for the hearing. *First*, who bears the burden of proof? *Second*, even if the officers did not act reasonably, does the exclusionary rule apply? *Compare United States v. Watson*, 558 F.3d 702, 704-05 (7th Cir. 2009) (Posner, J.), *and United States v. Ankeny*, 502 F.3d 829, 836-38 (9th Cir. 2007), *with United States v. Edwards*, 666 F.3d 877, 886-87 (4th Cir. 2011). The Court would appreciate the parties' thoughts on these questions at the beginning of the hearing.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

12 February 2026