(Post. 02/15/12)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 3 2026

TAMMY H. DOWNS, CLERK
By:_____
PLAINTIFF  DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

USA

v.                          No.  4:23-cr-95-DPM

Ray Thomas, Jr.                          DEFENDANT

### RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the ✓ hearing or

trial in this case on __23 February 2026_____, were returned to me as counsel for
              *(Date(s))*

__USA_____.

        *(Party Name)*

Exhibits:_Government Exhibits 1-15_____

_____

_____

_____

_____

                                    *(Attorney Signature)*

                    Date: _February 23, 2026_____

cc:    Counsel of Record
       File