# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              No. 4:23-cr-95-DPM-2

RAY THOMAS, JR.                                                 DEFENDANT

## ORDER

For the reasons stated from the bench during the 23 February 2026 hearing, Thomas's motion to suppress, *Doc. 102*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 February 2026