IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     No. 4:23-CR-00095 DPM
     )
RAY THOMAS     )

## **JOINT STATUS REPORT**

The United States of America, through Jonathan D. Ross, United States Attorney for the

Eastern District of Arkansas, and Ashley Bowen, Assistant United States Attorney for said

district, states the following:

1.     Counsel for the United States has contacted Counsel for Defendant Thomas,

Arkie Byrd, and is authorized to file this joint report.

2.     Defendant Thomas is scheduled for trial on April 21, 2026.

3.     The case is ready to proceed to trial.

4.     The Government anticipates the trial will last three to four days.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: ASHLEY BOWEN
Bar No. AR 2009253
Assistant United States Attorney
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
ashley.bowen@usdoj.gov