**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                              NO. 4:23-CR-95-DPM

RAY THOMAS                                                  DEFENDANT

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Comes now Arkie Byrd, counsel for Defendant Ray Thomas, and for her Motion to Withdraw as Counsel of Record, states as follows:

1.      By Order dated June 6, 2025, this Court appointed counsel to represent the Defendant herein.  On that same date, this Court relieved the Defendant of his previous counsel, Russell Wood.

2.      Defense counsel has visited with the Defendant on multiple occasions including consulting with the Defendant in preparation for a hearing on Defendant's Motion to Suppress, discussions around discovery, stipulations, a proposed Plea Agreement and trial.

3.      That since the hearing held by this Court on Defendant's Motion to Suppress and the Court's ruling on said Motion, Counsel has attempted to discuss strategy moving forward with the Defendant.

4.      That the parties do not agree on the strategy for moving forward in this matter and that the Defendant has become resistant to counsel's advice and perspective regarding the options available to Defendant.

5.      That the Defendant, in the last two meetings with counsel, has, not only disagreed with counsel's strategy and recommendations, but has walked out on said meetings and refused to further discuss options available to the Defendant to mitigate the circumstances he now finds himself in.

6.     On counsel's last visit with the Defendant to present him with proposed stipulations for trial in this matter, the Defendant rejected entering such stipulations and made very clear to counsel that he did not want defense counsel trying his case before this Court.

7.     Defense counsel believes that further conversation with the Defendant in this matter will not alleviate the impasse that has occurred.  Counsel for Defendant believes that the perspective of Defendant is reckless in not factoring in the many challenges of moving forward with a trial in this matter that counsel genuinely believes would not be in the Defendant's best interest and is likely to expose him to greater jeopardy.

8.     Counsel respects that the Defendant has a vastly different point of view and that the schism is not likely to be overcome.

WHEREFORE, for the reasons stated herein, counsel respectfully requests that she be allowed to withdraw as Defendant's counsel and that this Court schedule a hearing in this matter.

Respectfully submitted,

ARKIE BYRD #80020
MAYS, BYRD & ASSOCIATES, P.A.
212 Center St., 7th Floor
Little Rock, AR 72201
(501) 372-6303
abyrd@maysbyrdlaw.com