UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:23-cr-00095 DPM |
| | ) | |
| RAY THOMAS | ) | |

**MOTION IN LIMINE TO PRECLUDE IMPROPER QUESTIONS, STATEMENTS, AND ARGUMENT UNDER FEDERAL RULES OF EVIDENCE 401, 403, AND 608(b)**

The United States of America, by and through Jonathan Ross, United States Attorney for the Eastern District of Arkansas, and Ashley Bowen, Assistant United States Attorney, moves this Court to issue an order precluding counsel for the defendant from seeking to elicit testimony from witnesses or allude to or make argument referencing a previous federal criminal trial involving Investigator Mitch Zimmerman and Officer Tony Bryant of the North Little Rock Police Department (NLRPD).

Federal Rules of Evidence 401 and 403 do not permit the introduction of such evidence, statements, or argument, nor is it appropriate impeachment material under Federal Rule of Evidence 608(b). Evidence from another defendant's criminal proceeding is completely irrelevant to the defendant's guilt or innocence in this case, is unfairly prejudicial, and will result in a waste of time and confusion of issues before the jury. Fed. R. Evid. 401, 403. Additionally, contrary to statements made by counsel for the defendant at the suppression hearing, there was no adverse credibility determination made against either law enforcement officer in *U.S. v. Antonio Stepps*, Case No. 4:24CR00187-KGB. As such, cross-examination of any testifying NLRPD officers regarding the aforementioned criminal trial is not appropriate impeachment evidence under Federal Rule of Evidence 608(b).

Respectfully submitted,

JONATHAN ROSS
United States Attorney

By: ASHLEY BOWEN
    Bar No. AR 2009253
    Assistant U.S. Attorney
    425 W. Capitol Ave., Suite 500
    Little Rock, AR 72201
    501-340-2600
    Ashley.Bowen@usdoj.gov