**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR − 7 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:23-cr-95-DPM-2

RAY THOMAS                                                  DEFENDANTS

## ORDER

Motion to withdraw, *Doc. 122*, noted.  The Court has also received the attached letter from Thomas.  The Court directs the Clerk to file it *ex parte* and under seal because it contains information about the attorney-client relationship.

The Court needs to have a hearing on whether the relationship between Thomas and his second appointed lawyer is intact and whether Thomas wants to represent himself.  The hearing will be held at 2:30 p.m. on 15 April 2026.  The Court's rulings on these issues will impact how the parties prepare for trial, which is scheduled to begin on 21 April 2026.  Considering Thomas's diligence, the ends of justice are better served by granting a continuance to resolve these matters and prepare for trial or a plea.  And this interest outweighs both his and the public's interest in a speedy trial.  The Court therefore reschedules the trial for 14 December 2026 at 9:30 a.m.  The period of delay caused by granting this continuance is excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) & (B).

- 2 -

So Ordered.

_D.P. Marshall Jr._
United States District Judge

7 April 2026