(Post. 4/4/12) (ARED rev. 7/6/2021)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

v.                                              Case No.: 4:23CR00095-02 DPM

Ray Thomas

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ **CIVIL** | ☒ **CRIMINAL** |

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse 500 W Capitol Avenue Little Rock, AR 72201 | 2C |
| | **DATE AND TIME** **4/30/2026 at 9:00 a.m.** |

TYPE OF PROCEEDING

**Plea & Arraignment before the Honorable Joe J. Volpe.**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

TAMMY H. DOWNS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

Katelyn Cameron
(BY) DEPUTY CLERK