**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**v.**                               **No. 4:23-cr-95-DPM-2**

**RAY THOMAS**                                              **DEFENDANTS**

**ORDER**

For the reasons stated from the bench during the 15 April 2026 hearing, the Court finds that the lawyer-client relationship is irreparably broken. *United States v. Swinney*, 970 F.2d 494, 499 (8th Cir. 1992). Motion to withdraw, *Doc. 122*, granted. Arkie Byrd is relieved as counsel. Pursuant to the Criminal Justice Act and this Court's CJA plan, Jim Wyatt is appointed as CJA counsel for Thomas:

> James (Jim) W. Wyatt
> Montgomery Wyatt Hardy, PLC
> 308 East 8th Street
> Little Rock, AR 72202
> 501-371-9816
> jim@mwhlaw.net

The Court directs Byrd to provide a copy of this Order to Thomas.

The government's pretrial motions, *Doc. 123 & 124*, are denied without prejudice. The government can refile them as trial approaches, when Thomas's new lawyer will be prepared to file a response.

- 2 -

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____16 April 2026_____